NICHOLAS STROZZA (117234)
Assistant United States Trustee
United States Department of Justice
Office of the U.S. Trustee
300 Booth Street, Suite 3009
Reno, NV 89509
Telephone: (775) 784-5335
Facsimile: (775) 784-5531
Email: Nick.strozza@usdoj.gov

Attorneys for TRACY HOPE DAVIS
United States Trustee for Region 17

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**
**RENO DIVISION**

| | |
|---|---|
| In re | Case No. 20-50785-btb |
| CAYO, INC., | Chapter 11 |
| Debtor. | |

## NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE

Pursuant to 11 U.S.C. § 1183(a), the United States Trustee has appointed the following qualified individual as Subchapter V trustee in the above-captioned case:

>Timothy Nelson
>160 West Huffaker Lane
>Reno, NV 89511
>Phone: (775) 825-6008
>Email: tnelson@encpas.com

Dated: August 13, 2020                 TRACY HOPE DAVIS
                                       UNITED STATES TRUSTEE


                                       /s/ Nicholas Strozza
                                       Assistant United States Trustee

Notice of Appointment of Subchapter V Trustee